UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON, SR.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CALIFORNIA DEPT. OF CORR. AND REH., ET AL.,<br><br>　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>CV 20-9116-CBM (KK)　　JS-6<br><br>ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE |

On October 14, 2020, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

　　　　Despite being granted an extension of time, Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: DECEMBER 15, 2020

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

_____
United States Magistrate Judge