UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON, SR., | Case No. CV 20-9116-CBM (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIFORNIA DEPT. OF CORR. AND REH., SECRETARY OF, ET AL., | JS-6 |
| Defendant(s). | |

Pursuant to the Order Accepting Amended Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Fourth Amended Complaint is DISMISSED with prejudice and without leave to amend.

Dated: January 19, 2023.

HON. CONSUELO B. MARSHALL
United States District Judge